IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>THOMAS E. JOHNSON,<br><br>　　　　　　　Defendant. | **8:11CR287**<br><br>**ORDER** |

　　　　This matter is before the Court on the Defendant's pro se motion for copies (Filing No. 257). Specifically, he requests a copy of his Plea Agreement. Pursuant to the Court's previous order (Filing No. 247), the Defendant must request such copies from his attorney.

　　　　IT IS ORDERED:

　　　　1.　　The Defendant's Motion for Copies (Filing No.257) is denied.

　　　　2.　　The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

　　　　Dated this 16th day of January, 2014.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge